FILED
17 JUN 12 PM 2:57
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
MPL DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 16CR2787-CAB |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS INFORMATION WITH PREJUDICE** |
| ARAHAM SALOMON-CHAVEZ, | |
| Defendant. | [Doc. No. 27] |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed with prejudice.

IT IS SO ORDERED.

DATED: June 9, 2017

HON. CATHY ANN BENCIVENGO
U.S. DISTRICT JUDGE